UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00319-FDW-DCK

| | |
|---|---|
| LAWANDA BLAIR-FOSTER, | ) |
| Plaintiff, | ) ) |
| vs. | ) ORDER ) ) |
| GOHEALTH, LLC, | ) ) |
| Defendant. | ) ) ) |

THIS MATTER is before the Court *sua sponte* as to the status of this case. Trial in this matter is currently docketed for March 1, 2021. Because of limited courtroom availability, as well as the current trial settings for other cases appearing on the docket, the Court *sua sponte* continues trial in this matter to the mixed term beginning May 3, 2021. A pretrial conference will be set closer to trial.

IT IS ORDERED that the Court CONTINUES trial in this matter to the May 3, 2021, trial term, with docket call to take place on the morning of Monday, May 3, 2021.

IT IS SO ORDERED.

Signed: February 17, 2021

_____
Frank D. Whitney
United States District Judge

1