UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:19-cv-00319-FDW-DCK

| | |
|---|---|
| LAWANDA BLAIR-FOSTER, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GOHEALTH, LLC, )<br>)<br>Defendant. )<br>) | NOTICE OF HEARING |

TAKE NOTICE that a pretrial conference will take place immediately following docket call on Monday, May 3, 2021, at 9:30 a.m. in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina, 28202.

SO ORDERED.

Signed: April 14, 2021

Frank D. Whitney
United States District Judge